MELISSA HOLYOAK, United States Attorney (#9832)
MARGOT JOHNSON, Assistant United States Attorney (#16513)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2026 JUN 9
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO REYNA-REYAN,<br><br>Defendant. | INFORMATION<br><br>COUNT: 8 U.S.C. § 1326<br><br>(REENTRY OF A PREVIOUSLY REMOVED ALIEN)<br><br>Case: 2:26−cr−00214<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 6/9/2026<br>Description: USA v Reyna−Reyan |

The United States Attorney charges:

**COUNT I**

On or about June 8, 2026, in the District of Utah,

ROBERTO REYNA-REYAN,

the defendant herein, an alien who on or about September 26, 2018, and October 8, 2018, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of

the Secretary of the United States Department of Homeland Security to reapply for admission into the United States, all in violation of Title 8, United States Code, Section 1326.

DATED this 9th day of June 2026.

MELISSA HOLYOAK
United States Attorney

MARGOT JOHNSON
Assistant United States Attorney